# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNICOLORS, INC., <br><br> Plaintiff, <br><br> v. <br><br> NB BROTHER CORP., et al., <br><br> Defendants. | Case No. CV 16-02268-MWF (JPRx) <br><br> **AMENDED JUDGMENT AFTER TRIAL** |

Following a trial to the Court, the Court entered its Findings of Fact and Conclusions of Law. Consistent with the Findings of Fact and Conclusions of Law, and pursuant to Rules 54(a) and 58(b)(1)(C) of the Federal Rules of Civil Procedure,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment on the merits be entered as follows:

1. On Plaintiff Unicolors, Inc.'s First Claim for direct copyright infringement: Judgment is entered in favor of Defendant NB Brother Corp., and Plaintiff Unicolors, Inc., shall take nothing.

2. On Plaintiff Unicolors, Inc.'s Second Claim for vicarious copyright infringement: Judgment is entered in favor of Defendant NB Brother Corp., and Plaintiff Unicolors, Inc., shall take nothing.

3. On Plaintiff Unicolor, Inc.'s Third Claim for contributory copyright infringement: Judgment is entered in favor of Defendant NB Brother Corp., and Plaintiff Unicolors, Inc., shall take nothing.

4. Defendant NB Brother Corp. is awarded its costs of suit as provided by law.

5. Defendant NB Brother Corp. is awarded $33,740.00 in attorneys' fees.

Dated: November 13, 2017.

MICHAEL W. FITZGERALD
United States District Judge